**Order entered June 8, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00098-CR

**JAMES BERKELEY HARBIN II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-22107-Q**

## ORDER

Before the Court is appellant's June 6, 2018 first motion for extension of time to file his brief. We **GRANT IN PART** the motion. Appellant's brief shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE